# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

PERCY CORNISH

VERSUS

NOLAN FONTENOT, ALLSTATE
INSURANCE COMPANY,
PROGRESSIVE SECURITY
INSURANCE COMPANY

NO.   2020 CW 1131

FEBRUARY 02, 2021

---

In Re:    Progressive Security Insurance Company, applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 667758.

---

BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.

**WRIT NOT CONSIDERED.** The writ application does not include a copy of the pertinent court minutes or the signed judgment. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(6) and (10). It likewise does not contain a copy of the transcript from the October 15, 2020 contradictory hearing on relator's peremptory exception raising the objection of no cause of action. Consequently, the writ application contains no evidence of the trial court's ruling.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before March 1, 2021 and must contain a copy of this ruling.

MRT
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT